1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  LAURI WHITE,              )      Case No. EDCV 10-01853
                              )      VAP(OPx)
12              Plaintiff,    )
                              )      **JUDGMENT**
13        v.                  )
                              )
14  WACHOVIA MORTGAGE, A      )
    DIVISION OF WELLS FARGO   )
15  BANK, N.A., AS SUCCESSOR  )
    THROUGH MERGER OF         )
16  WACHOVIA MORTGAGE, FSB;   )
    CAL-WESTERN RECONVEYANCE  )
17  CORPORATION; AND DOES 1   )
    TO 100, INCLUSIVE,        )
18                            )
                Defendants.   )
19  _____)

20

21  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

22       Pursuant to the Order filed herewith, IT IS ORDERED

23  AND ADJUDGED that Plaintiff's Complaint Defendant

24  Wachovia Mortgage, a division of Wells Fargo Bank, N.A.,

25  as successor through merger of Wachovia Mortgage, FSB, is

26

27

28

1 DISMISSED WITHOUT PREJUDICE.   The Court orders that such
2 judgment be entered.
3
4
5 Dated:  January 12, 2011
                                        _____
6                                        VIRGINIA A. PHILLIPS
                                        United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28