**PRIORITY SEND**
**ENTER JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI WHITE, | Case No. EDCV 10-01853 VAP(OPx) |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL** |
| WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A., AS SUCCESSOR THROUGH MERGER OF WACHOVIA MORTGAGE, FSB; CAL-WESTERN RECONVEYANCE CORPORATION; AND DOES 1 TO 100, INCLUSIVE, | |
| Defendants. | |

THE COURT having ordered the Plaintiff to show cause in writing, not later than November 15, 2011, why this action should not be dismissed for lack of prosecution.

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41.

Dated:  November 21, 2011

_____
VIRGINIA A. PHILLIPS
United States District Judge

s:\vap\crd's forms\3-ord-dism-re osc.frm